# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAMSIDHAR REDDY VURIMINDI, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FUQUA SCHOOL of BUSINESS, *et al.*, | : | |
| Defendants. | : | No. 10-234 |

## O R D E R

**AND NOW**, this 19th day of August, 2010, upon consideration of the Motion for Leave to File filed by Plaintiff Vamsidhar Vurimindi (Docket No. 108), and also the Motions to Dismiss filed by Defendants Duke University Fuqua School of Business (Docket No. 82); Morgan Stanley Smith Barney (Docket No. 83); GlaxoSmithKline (Docket No. 84); Accenture, Agilent, Alcatel-Lucent, Amgen, Bank of America, Booz Allen Hamilton, Dell, Emergent Game Technologies, Ericsson, Ferro, GlaxoSmithKline, HealthPort, Morgan Stanley Smith Barney, Seegrid, Shaw Areva MOX Services, Signalscape, SunTrust Bank, Talecris Biotherapeutics, and W.L. Gore & Associates (Docket No. 85); Signalscape (Docket No. 86); Ericsson (Docket No. 87); Sunil Balashaheb Patil (Docket No. 88); Bank of America and Talecris Biotherapeutics (Docket No. 89); Shaw Areva MOX Services (Docket No. 90); Emergent Game Technologies (Docket No. 91); and M.D. Laser Studio, Douglas Bashar, Alissandro Castillo, Pratibhash Chattopadhyay, Sudheer Dharanikota, John Dohnal, Jennifer Erickson, Seth Gillespie, Shana Keating, Amit Khare, Rajiv Prasad Kolagani, Jason Link, David Mitchell, Pradeep Rajagopal, Moira Ringo, Robert Ross, Kristoffer Singleton, Jason Sundberg, Gregory Valentine, Peter Walton, Johnny Williams, and Eugene White (Docket No. 92); and the Fuqua School of Business (Docket No. 103), it is hereby **ORDERED** that each of the Motions is **GRANTED**.

It is further **ORDERED** that:

1. All of Mr. Vurimindi's claims against the Fuqua School of Business, Jason Sundberg, Accenture, Agilent Technologies, Alcatel-Lucent, Amgen, Bank of

America, Booz Allen Hamilton, Dell, Ericsson, Ferro, GlaxoSmithKline, HealthPort, Morgan Stanley Smith Barney, Seegrid, Shaw Areva MOX Services, Signalscape, SunTrust Bank, Talecris Biotherapeutics, and W.L. Gore & Assoc. are hereby **DISMISSED** *with prejudice*.

2. All of Mr. Vurimindi's claims against M.D. Laser Studio, Emergent Game Technologies, Sunil Balashaheb Patil, Douglas M. Bashar, Alissandro Castillo, Pratibhash Chattopadhyay, John Dohnal, Seth Gillespie, Jennifer Erickson, Sudheer Dharanikota, Shana Keating, Amit Khare, Rajiv Prasad Kolagani, Jason Link, David Mitchell, Pradeep Rajagopal, Moira Ringo, Robert Ross, Kristoffer Singleton, Gregory Valentine, Peter Walton, Johnny Williams, and Eugene White are hereby **DISMISSED** *without prejudice*.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE