# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VAMSIDHAR REDDY VURIMINDI,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **FUQUA SCHOOL of BUSINESS,** *et al.*, | : | |
| Defendants. | : | No. 10-234 |

## O R D E R

**AND NOW**, this 13th day of September, 2010, upon consideration of the Plaintiff Vamsidhar Vurimindi's Motion to Reconsider the Court's Order Dismissing Plaintiff's Claims (Docket No. 116), it is hereby **ORDERED** that the Motion is **DENIED**.

                                          BY THE COURT:


                                          S/Gene E.K. Pratter
                                          GENE E.K. PRATTER
                                          UNITED STATES DISTRICT JUDGE