IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VAMSIDHAR REDDY VURIMINDI,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **FUQUA SCHOOL of BUSINESS**, *et al.*, | : | |
| | : | |
| Defendants. | : | No. 10-234 |

# O R D E R

**AND NOW**, this 25th day of August, 2011, upon consideration of Plaintiff Vamsidhar Reddy Vurimindi's Motion to Strike (Docket No. 129) and Defendant Fuqua School of Business's opposition thereto (Docket No. 130), it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** as to paragraph 259 of Defendant's Answer, and **DENIED** as to Defendant's remaining affirmative defenses.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE