# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VAMSIDHAR REDDY VURIMINDI,**<br>**Plaintiff,**<br><br>v.<br><br>**FUQUA SCHOOL OF BUSINESS,**<br>**Defendant.** | CIVIL ACTION<br><br><br><br><br>NO.  10CV234 |

## O R D E R

**AND NOW**, this 31st day of October, 2024, upon consideration of Plaintiff's Motion for Recusal and to Alter or Amend a Judgment (ECF No. 219), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

                                          **BY THE COURT:**

                                          /S/ WENDY BETTLESTONE, J.
                                          **WENDY BEETLESTONE, J.**